USA-74-24B
(Rev. 05/01)

# CRIMINAL DOCKET

No. **4:22-cr-140**

**HOUSTON DIVISION**

USAO Number: 2020R09452
Magistrate Number: 4:20-mj-01254

United States Courts
Southern District of Texas
FILED

**CRIMINAL INDICTMENT**

Filed *March 16, 2022*

Nathan Ochsner, Clerk of Court

Judge: **Bennett**

**ATTORNEYS:**

**UNITED STATES of AMERICA**
vs.

**Jennifer B. Lowery, USA**    **(713) 567-9000**
ERIN M. EPLEY, AUSA    (713) 567-9000

| | Appt'd | Private |
|---|---|---|
| DEMARCUS WALTON | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |

**CHARGE:**
(TOTAL)
(COUNTS:)
( 1 )

Ct. 1:  Felon in Possession of a Firearm [18 USC §§ 922(g)(1) and 924(a)(2)]

**PENALTY:** Ct. 1:  Not more than 10 years imprisonment and/or a $250,000 fine; 3 years SRT; $100 SA

☑ In Jail   FDC
☐ On Bond
☐ No Arrest

NAME & ADDRESS
of Surety:

PROCEEDINGS: